**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| T-REX PROPERTY AB, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:12-cv-348-JRG-RSP |
| v. | § § | |
| LAMAR ADVERTISING COMPANY, | § § | |
| Defendant. | § § | |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of settlement, Plaintiff, T-Rex Property AB ("T-Rex"), and Defendant, Lamar Advertising Company ("Lamar"), have agreed to settle all claims in the above-captioned action. The parties move this Court to dismiss with prejudice the above-entitled cause.

T-Rex and Lamar also move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

Dated: October 3, 2013

*/s/ Jennifer Haltom Doan*
Jennifer Haltom Doan
HALTOM & DOAN
6500 Summerhill Road
Crown Executive Center, Suite 100
P.O. Box 6227
Texarkana, TX 75505
Tel: 903.255.1000
Fax: 903.255.0800
jdoan@haltomdoan.com

*Attorney for Lamar Advertising Company*

Respectfully submitted,

By:   */s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
Gillam & Smith, LLP
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

**Of Counsel:**
Jacqueline Knapp Burt
GA Bar No. 425322
HENINGER GARRISON DAVIS, LLC
3350 Riverwood Parkway, Suite 1900
Atlanta, GA 30339-3372
Tel: (404) 996-0861
Fax: (205) 547-5502
Email:   jknapp@hgdlawfirm.com

Dara T. Jeffries
GA Bar No. 916167
HENINGER GARRISON DAVIS, LLC
3350 Riverwood Parkway, Suite 1900
Atlanta, GA 30339-3372
Tel: (404) 996-0861
Fax: (205) 547-5502
Email:   djeffries@hgdlawfirm.com

*Attorneys for T-Rex Property AB*

## **CERTIFICATE SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and therefore served on all counsel who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record who did not receive the attached will be served by electronic mail on October 3, 2013.

*/s/ Melissa R. Smith*
Melissa Richards Smith